| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

WILLIAM CURTIS JONES, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 9:20-CV-249
§
TEXAS DEPARTMENT. OF CRIMINAL §
JUSTICE, CORR. INSTITUTIONS §
DIVISION, *et al.*, §
§
    Defendants. §

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff William Curtis Jones, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the claim against the Texas Department of Criminal Justice, Correctional Institutions Division, be dismissed without prejudice for lack of subject-matter jurisdiction. To date, the parties have not filed objections.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#21) is **ADOPTED**. The claim against the Texas Department of Criminal Justice, Correctional Institutions Division, is **DISMISSED** without prejudice for lack of subject-matter jurisdiction.

    SIGNED at Beaumont, Texas, this 2nd day of August, 2023.

                                              MARCIA A. CRONE
                                              UNITED STATES DISTRICT JUDGE